William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DENNIS MACHADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:15-CR-00224-GEB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| DENNIS MACHADO, | |
| Defendant. | Date: March 4, 2016<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

The defendant, DENNIS MACHADO, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, March 4, 2016 at 9:00 am be vacated and reset for change of plea on Friday, April 8, 2016 at 9:00 am.

Defense counsel has received a draft plea agreement from the government and a continuance is necessary to allow defense counsel time to review and discuss the proposed plea with his client who was recently transferred to Nevada City Jail.

The parties further stipulate that the failure to grant a

1

1  continuance in this matter would deny counsel reasonable time
2  necessary for effective preparation, taking into account the
3  exercise of due diligence; that the ends of justice served by
4  granting this continuance outweigh the best interest of the
5  public and the defendant in a speedy trial; and that time should
6  be excluded from the computation of time within which trial must
7  commence under the Speedy Trial Act from March 4, 2016, up to and
8  including April 8, 2016, pursuant to 18 U.S.C. § 3161 (h)(7)(A)
9  and (B)(iv) and Local Code T-4, to allow defense counsel
10 reasonable time to prepare.

11     I, William E. Bonham, the filing party, have received
12 authorization from AUSA Michelle Rodriguez to sign and submit
13 this stipulation and proposed order on her behalf.

14     Accordingly, the defense and the United States agree and
15 stipulate that the status conference for defendant Dennis Machado
16 should be reset for Friday, April 8, 2016 at 9:00 am before the
17 Honorable Garland E. Burrell, Jr.

18 Dated: March 3, 2016                BENJAMIN B. WAGNER
                                       United States Attorney
19
                                       By:/s/ Michelle Rodriguez
20                                     MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney
21

22 Dated: March 3, 2016                By:/s/ William Bonham
                                       WILLIAM BONHAM
23                                     Counsel for defendant
                                       DENNIS MACHADO
24
25
26
27
28

2

**ORDER**

The status conference currently set for Friday, March 4, 2016 at 9:00 am is vacated and reset for change of plea on Friday, April 8, 2016, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from March 4, 2016, up to and including the date of the new status conference, April 8, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated: March 4, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge