```
William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net


Attorney for defendant
DENNIS MACHADO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>DENNIS MACHADO,<br><br>             Defendant. | No.  2:15-CR-00224-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: April 8, 2016<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

   The defendant, DENNIS MACHADO, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the change of plea currently set for Friday, April 8, 2016 at 9:00 am be vacated and reset on Friday, May 13, 2016 at 9:00 am.

   Defense counsel has received a draft plea agreement from the government and a continuance is necessary to allow defense counsel time to conduct research and investigation as to the applicable sentencing guidelines and Mr. Machado's criminal history, as well as, to review and discuss the proposed plea with his client who is currently incarcerated at the Wayne Brown

1

1  Correctional Facility in Nevada City, CA.

2  　　The parties further stipulate that the failure to grant a
3  continuance in this matter would deny counsel reasonable time
4  necessary for effective preparation, taking into account the
5  exercise of due diligence; that the ends of justice served by
6  granting this continuance outweigh the best interest of the
7  public and the defendant in a speedy trial; and that time should
8  be excluded from the computation of time within which trial must
9  commence under the Speedy Trial Act from April 8, 2016, up to and
10 including May 13, 2016, pursuant to 18 U.S.C. § 3161 (h)(7)(A)
11 and (B)(iv) and Local Code T-4, to allow defense counsel
12 reasonable time to prepare.

13 　　I, William E. Bonham, the filing party, have received
14 authorization from AUSA Michelle Rodriguez to sign and submit
15 this stipulation and proposed order on her behalf.

16 　　Accordingly, the defense and the United States agree and
17 stipulate that the status conference for defendant Dennis Machado
18 should be reset for Friday, May 13, 2016 at 9:00 am before the
19 Honorable Garland E. Burrell, Jr.

20 Dated: April 4, 2016                BENJAMIN B. WAGNER
                                       United States Attorney
21
                                       By:/s/ Michelle Rodriguez
22                                     MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney
23

24 Dated: April 4, 2016                By:/s/ William Bonham
                                       WILLIAM BONHAM
25                                     Counsel for defendant
                                       DENNIS MACHADO
26

27

28

                                    2

**ORDER**

The status conference currently set for Friday, April 8, 2016 at 9:00 am is vacated and reset on Friday, May 13, 2016, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from April 8, 2016, up to and including the date of the new status conference, May 13, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated: April 5, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge