William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net


Attorney for defendant
DENNIS MACHADO



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>DENNIS MACHADO,<br><br>           Defendant. | No.  2:15-CR-00224-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: June 3, 2016<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

     The defendant, DENNIS MACHADO, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the change of plea currently set for Friday, June 3, 2016 at 9:00 am be vacated and reset on Friday, June 24, 2016 at 9:00 am.

     Defense counsel has received a draft plea agreement from the government and a continuance is necessary to allow defense counsel additional time to conduct research as to the applicable sentencing guidelines and complete an investigation aimed at verifying information related to Mr. Machado's criminal history,

1

1   as well as, to review and discuss the proposed plea with his

2   client who is currently incarcerated at the Wayne Brown

3   Correctional Facility in Nevada City, CA. Counsel has received

4   most of the information documenting Mr. Machado's priors and

5   anticipates being able to proceed with the change of plea hearing

6   June 24, 2016 without further continuance.

7        The parties further stipulate that the failure to grant a

8   continuance in this matter would deny counsel reasonable time

9   necessary for effective preparation, taking into account the

10  exercise of due diligence; that the ends of justice served by

11  granting this continuance outweigh the best interest of the

12  public and the defendant in a speedy trial; and that time should

13  be excluded from the computation of time within which trial must

14  commence under the Speedy Trial Act from June 3, 2016, up to and

15  including June 24, 2016, pursuant to 18 U.S.C. § 3161 (h)(7)(A)

16  and (B)(iv) and Local Code T-4, to allow defense counsel

17  reasonable time to prepare.

18       I, William E. Bonham, the filing party, have received

19  authorization from AUSA Michelle Rodriguez to sign and submit

20  this stipulation and proposed order on her behalf.

21       Accordingly, the defense and the United States agree and

22  stipulate that the status conference for defendant Dennis Machado

23  should be reset for Friday, June 24, 2016 at 9:00 am before the

24  Honorable Garland E. Burrell, Jr.

25  // // //

26  // // //

27  // // //

28  // // //

2

Dated: June 1, 2016                    PHILLIP A. TALBERT
                                       Acting United States Attorney

                                       By:/s/ Michelle Rodriguez
                                       MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney


Dated: June 1, 2016                    By:/s/ William Bonham
                                       WILLIAM BONHAM
                                       Counsel for defendant
                                       DENNIS MACHADO

3

1 **ORDER**

2    The status conference currently set for Friday, June 3, 2016

3 at 9:00 am is vacated and reset on Friday, June 24, 2016, at 9:00

4 am.

5    I find that the failure to grant such a continuance would

6 deny counsel reasonable time necessary for effective preparation,

7 taking into account the exercise of due diligence. Accordingly,

8 the time within which the trial of this case must be commenced

9 under the Speedy Trial Act is excluded from June 3, 2016, up to

10 and including the date of the new status conference, June 24,

11 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local

12 Code T4.  I specifically find that the ends of justice served by

13 granting this continuance outweigh the best interest of the

14 public and defendants in a speedy trial within the meaning of 18

15 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

16 Dated:  June 2, 2016

17

18                              _____

19                              GARLAND E. BURRELL, JR.
                                Senior United States District Judge

20

21

22

23

24

25

26

27

28

4