William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DENNIS MACHADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:15-CR-00224-GEB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| DENNIS MACHADO, | Date: June 24, 2016 |
| Defendant. | Time: 9:00 am |
| | Judge: Hon. Garland E. Burrell, Jr. |

The defendant, DENNIS MACHADO, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the change of plea currently set for Friday, June 24, 2016 at 9:00 am be vacated and reset on Friday, July 8, 2016 at 9:00 am.

Defense counsel has received a draft plea agreement from the government and a continuance is necessary to allow defense counsel additional time to conduct research as to the applicable sentencing guidelines, to meet and confer with the government and to further discuss negotiations and the proposed plea with his

client who is currently incarcerated at the Wayne Brown Correctional Facility in Nevada City, CA.

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from June 24, 2016, up to and including July 8, 2016, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

I, William E. Bonham, the filing party, have received authorization from AUSA Michelle Rodriguez to sign and submit this stipulation and proposed order on her behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Dennis Machado should be reset for Friday, July 8, 2016 at 9:00 am before the Honorable Garland E. Burrell, Jr.

Dated: June 20, 2016
PHILLIP A. TALBERT
Acting United States Attorney

By:/s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

Dated: June 20, 2016
By:/s/ William Bonham
WILLIAM BONHAM
Counsel for defendant
DENNIS MACHADO

**ORDER**

The status conference currently set for Friday, June 24, 2016 at 9:00 am is vacated and reset on Friday, July 8, 2016, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from June 24, 2016, up to and including the date of the new status conference, July 8, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated: June 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge