William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
DENNIS MACHADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DENNIS MACHADO,<br><br>　　　　Defendant. | No.  2:15-CR-00224-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: July 8, 2016<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　The defendant, DENNIS MACHADO, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, July 8, 2016 at 9:00 am be vacated and reset as a change of plea hearing on Friday, August 12, 2016 at 9:00 am.

　　　Defense counsel has received a draft plea agreement from the government and engaged in discussions and negotiations with the government. A continuance is necessary to allow defense counsel additional time to meet and confer with his client, who is

1

currently incarcerated at the Wayne Brown Correctional Facility in Nevada City, CA, as to the results of those discussions and negotiations and potential resolution.

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from July 8, 2016, up to and including August 12, 2016, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

I, William E. Bonham, the filing party, have received authorization from AUSA Michelle Rodriguez to sign and submit this stipulation and proposed order on her behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Dennis Machado should be reset for change of plea on Friday, August 12, 2016 at 9:00 am before the Honorable Garland E. Burrell, Jr.

Dated: July 7, 2016                PHILLIP A. TALBERT
                                   Acting United States Attorney

                                   By:/s/ Michelle Rodriguez
                                   MICHELLE RODRIGUEZ
                                   Assistant U.S. Attorney

Dated: July 7, 2016                By:/s/ William Bonham
                                   WILLIAM BONHAM
                                   Counsel for defendant
                                   DENNIS MACHADO

2

**ORDER**

The status conference currently set for Friday, July 8, 2016 at 9:00 am is vacated and reset for change of plea on Friday, August 12, 2016, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from July 8, 2016, up to and including the date of the new change of plea hearing, August 12, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

Dated:  July 7, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

3